IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DUNTOV MOTOR COMPANY LLC, | § § | CASE NO. 21-40348-mxm11 |
| DEBTOR | § § | (Chapter 11) |
| | § | |
| ALAN SEVADJIAN, et al, | § | ADV. NO. 21-04030-mxm |
|     Plaintiffs | § § | |
| vs. | § § | |
| DUNTOV MOTOR COMPANY, LLC, et al, | § | |
|     Defendants. | § | |

**NOTICE OF STATE COURT EXHIBITS
TO DUNTOV MOTOR COMPANY, LLC'S NOTICE OF REMOVAL**

Duntov Motor Company, LLC ("Debtor") files its Notice of State Court Exhibits to the Notice of Removal (Adversary Docket No. 1), filed on May 17, 2021. A true and correct copy of the state court docket sheet and all live pleadings in the Dallas Lawsuit are attached as Exhibits A - OOO [Bates Label Range "Duntov 000001-000633"] and incorporated herein.

                        Respectfully submitted,

                        */s/ Hudson M. Jobe*
                        Hudson M. Jobe
                        State Bar No. 24041189
                        QUILLING, SELANDER, LOWNDS,
                           WINSLETT & MOSER, P.C.
                        2001 Bryan St., Suite 1800
                        Dallas, Texas 75201
                        (214) 871-2100 (Telephone)
                        (214) 871-2111 (Fax)
                        hjobe@qslwm.com

                        ATTORNEYS FOR
                        DUNTOV MOTOR COMPANY, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of May 2021, a true and correct copy of the foregoing document (without attachments) was served on all counsel of record, via certified mail, return receipt requested, as follows:

**Counsel for Alan Sevadjian,**
**Edward Sevadjian and Duntov Motor Company LLC:**
Matthew S. Hahn
Hahn Law Firm, P.C.
900 Jackson Street, Suite 180
Dallas, TX 75202
mhahn@hahnlawfirm.com

**Counsel for Defendant:**
Mayson Pearson
Texas Department of Motor Vehicles
Associate General Counsel
4000 Jackson Avenue
Austin, TX 78731
mayson.pearson@txdmv.gov

**Counsel for Intervenor:**
Anthony A. Petrocchi
Anthony A. Petrocchi, P.C.
5127 Spyglass Drive
Dallas, TX 78287
tpetrocchi@petrocchilaw.net

**Counsel for Plaintiff Franck Radenne:**
Darla J. Gabbitas
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Darla.gabbitas@wickphillips.com

                                            */s/ Hudson M. Jobe*
                                            Hudson M. Jobe