Case 21-04030-mxm Doc 4-2 Filed 05/18/21 Entered 05/18/21 14:31:02 Page 1 of 8

1 CIT-ESERVE

FILED
DALLAS COUNTY
1/21/2020 3:47 PM
FELICIA PITRE
DISTRICT CLERK

Christi Underwood

Case No. DC-20-01121

| | | |
|---|---|---|
| ALAN SEVADJIAN, | § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| v. | § | A-14  JUDICIAL DISTRICT |
| TEXAS DEPARTMENT OF MOTOR VEHICLES, | § § § § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

ALAN SEVADJIAN, Plaintiff, files this Original Petition requesting the Court order TEXAS DEPARTMENT OF MOTOR VEHICLES, Defendant, to issue a Certificate of Title and a corrected Vehicle Identification Number (VIN) on a 1968 Corvette to Plaintiff and for cause of action shows:

### DISCOVERY LEVEL

1. Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.3.

### PARTIES

2. Plaintiff is an individual residing in Dallas County, Texas. Identification verification details are as follows: Drivers License: xxxxx730 and Social Security Number: xxx-xx-x076.

3. Defendant, TEXAS DEPARTMENT OF MOTOR VEHICLES (hereinafter referred to as "TxDMV") is a public agency and may be served with informal process by serving its representative, Mr. Rob Blech, Associate General Counsel, Office of General Counsel, 4000 Jackson Avenue, Austin, Texas 78731.

### VENUE

4. Venue is proper in Dallas County, Texas, as all or part of Plaintiff's cause of action arose here and the vehicle subject of this suit is located in Dallas County.

### JURISDICTION

5. Plaintiff seeks damages above the jurisdictional minimum of this Court.

EXHIBIT B

Plaintiff's Original Petition - Page 1

Duntov 000019

## DAMAGES

6.   Plaintiff seeks monetary relief of $100,000 or less and non-monetary relief. TRCP 47(c)(2).

## FACTS

7.   Chevrolet manufactures Corvette vehicles.

8.   All Chevrolet Corvettes manufactured in St. Louis, Missouri, prior to 1981 are assigned an "S" as the seventh character of their VIN.

9.   In or about 1968, Chevrolet manufactured and assembled a Corvette Vehicle, model number 19467, in St. Louis, Missouri. Said Vehicle was originally assigned VIN 194678S422741 (see Build Sticker attached as Exhibit "A" and incorporated by reference).

10.  Omer J. Hanna owned the above referenced 1968 Corvette originally bearing VIN 194678S422741 (hereinafter referred to as the "Vehicle").

11.  This action involves the incorrect assignment of VIN 1946785422741 to the above referenced Vehicle, originally manufactured as and assigned VIN 194678S422741, in Case No. 8466 in the County Court of Brown County, Texas.

12.  In or about May 21, 2012, Omer J. Hanna (hereinafter referred to as "Hanna") filed an original petition in Brown County Court seeking an order from the court to issue a certificate of title in his name and to have a VIN assigned for the Vehicle (see Petition attached hereto as Exhibit "B" and incorporated by reference).

13.  In Hanna's original petition, he requested that the VIN reflect the seventh character as a "5" instead of the correct character of "S."

14.  Thus, when the Brown County Court issued its order in case number 8466, the order reflected the VIN that was incorrectly listed in Hanna's petition (see Corrected Order attached hereto as Exhibit "C" and incorporated by reference).

15.  Subsequently, Defendant issued title bearing VIN 1946785422741 to Hanna (see Title attached hereto as Exhibit "D" and incorporated by reference).

16.  Plaintiff, in this matter, purchased the Vehicle in or about May 9, 2018. Plaintiff seeks to correct the VIN on the Vehicle to correctly reflect the VIN it was assigned when it was originally manufactured.

## DECLATORY RELIEF

17. Plaintiff seeks a declaration of the Court that title of the Vehicle is vested in Plaintiff and that the current and incorrectly assigned VIN be reassigned from VIN 194678_5_422741 to VIN 194678_S_422741.

## PRAYER

18. WHEREFORE, Plaintiff requests that Defendant be cited to appear and answer, and that on final trial the Court declare that title of the Vehicle is vested in Plaintiff and that the current and incorrectly assigned VIN be reassigned from VIN 194678_5_422741 to VIN 194678_S_422741.

Respectfully Submitted,

HAHN LAW FIRM, P.C.

/s/ Matthew S. Hahn
Derrick J. Hahn
dhahn@hahnlawfirm.com
State Bar No. 24026920
Corey R. Herrick
crherrick@hahnlawfirm.com
State Bar No. 24059940
Matthew S. Hahn
mhahn@hahnlawfirm.com
State Bar No. 24104522
900 Jackson Street; Suite 180
Dallas, TX  75202
(214) 744-3200
(214) 744-3202 fax

ATTORNEYS FOR PLAINTIFF

**BUILD STICKER**

**Delivered To:**

**Make:** CHEVROLET

**Vehicle Identification Number** 194678S422741

**Final Assembly Point** ST. LOUIS, MISSOURI

| Suggested Retail Price of this Vehicle: | | |
|---|---:|---:|
| **Model:** 19467 1968 CORVETTE CONVERT | 4320 | 00 |

Suggested Retail Price for Options and Accessories installed on this Vehicle:

| | | | |
|---|---|---:|---:|
| G81 | POSITRACT AXLE | 46 | 35 |
| L68 | 400HP TURBO-JET V8 | 305 | 50 |
| M20 | 4-SPD TRANSMISSION | 184 | 35 |
| N11 | OFFROAD SER EXHAUST | 36 | 90 |
| PT7 | F70X15X2 PLY W STRP | 31 | 30 |
| U69 | AM/FM RADIO | 172 | 75 |
| 401 | BLACK VINYL TRIM | | 00 |
| 900 | TUXEDO BLACK | | 00 |

| | | |
|---|---:|---:|
| **Factory Installed Options and Accessories** Subtotal | 777 | 15 |
| **Destination Charge** | 500 | 00 |
| **Total Amount** $ | 5597 | 15 |

In no way should this document be considered authentic or original documentation for any vehicle. Photos of vehicle & Manufacturer's options are original published retail prices at the time of manufacture.

Duntov 000022

Exhibit "A"

Cause No. 8466

OMER J. HANNA

VS.

TEXAS DEPARTMENT OF TRANSPORTATION

IN THE COUNTY COURT

OF

BROWN COUNTY, TEXAS

PLAINTIFF'S ORIGINAL PETITION

Comes now, O.J. HANNA (Plaintiff), filing this original petition requesting the Court order the Defendant to Issue a Vehicle Identification Number (VIN) and Certificate of Title to the Plaintiff on a vehicle 1968 CORVETTE, VIN #: 194678S422741 and for cause of action would show:

1. Plaintiff is an individual residing in Brown County, Texas.

2. The Defendant is a public agency and may be served with informal process by serving their representative, **Jennifer Soldano, Texas Department of Motor Vehicles, Attn: Legal Department, 4000 Jackson Avenue, Austin Texas 78731.**

3. This action involves the refusal of the Department to Issue a Certificate of Title for a motor vehicle one (1) 1968 CORVETTE, VIN# 194678S422741 lawfully purchased by the Plaintiff.

**Supporting documentation is attached to this Petition.**

It is further ORDERED, ADJUDGED, and DECREED that all cost of Court are to be borne by the party incurring same and that all relief prayed for by any party but not herein expressly given is denied.

SIGNED AND ENTERED this the 21 day of MAY, 2012.

*J. Hanna*

FILED FOR RECORD
TIME: 10:05 AM

MAY 2 1 2012

DEPUTY *Bernel*
BROWN COUNTY CLERK



True and correct copy of original filed in the Brown County Clerks Office
pg. 2 of 77

Duntov 000023

Exhibit "B"

No. 8466

| | |
|---|---|
| IN RE: | IN THE COUNTY COURT |
| 1968 CORVETTE | OF |
| VIN# 1946785422741 | BROWN COUNTY, TEXAS |

CORRECTED ORDER

On this the 29th day of June, 2012, appeared Omer J. Hanna, Plaintiff, in the above entitled and number cause, and announced ready for trial. It appearing to the Court that Notice has properly been served, and an answer having been filed by the Texas Department of Motor Vehicles and no answers or responses having been filed by any other person, and the Court having heard the testimony and evidence and argument of the Plaintiff, is of the opinion that:

Title to the 1968 Chevrolet Corvette, including the vehicle frame with the VIN# 1946785422741, is vested in Omer J. Hanna;

The vehicle identification number has been removed from the body of the 1968 Chevrolet Corvette (the vehicle that is the subject of this Order);

Good cause exists to assign the VIN# 1946785422741 (of the 1968 Chevrolet Corvette frame) to the 1968 Chevrolet Corvette.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

The title to the 1968 Chevrolet Corvette including the 1968 Chevrolet Corvette frame, VIN# 1946785422741, is truly and properly vested in the Plaintiff, Omer J. Hanna;

And the Court directs The Texas Department of Motor Vehicles to issue a title to said 1968 Chevrolet Corvette to Omer J. Hanna, and to reassign as the VIN for said vehicle the existing VIN 1946785422741 (currently on the frame of said vehicle).

True and correct copy of original filed in the Brown County Clerks Office

FILED FOR RECORD
TIME: 3:35 PM

JUN 2 9 2012

DEPUTY Bernal
BROWN COUNTY CLERK

**Duntov 000024**

Exhibit "C"

Costs of Court are assessed against the parties incurring same. All relief not expressly granted herein us denied.

This Order is made and entered on this the 29th day of June, 2012, effective the 5th day of June, 2012 for the purpose of correcting scrivener's errors in the original Order and for the further purpose of including the necessary findings and directives for the issuance of a vehicle identification number to the subject vehicle.

*C Ray West*
JUDGE PRESIDING

FILED FOR RECORD
TIME: 3:35 pm

JUN 2 9 2012

DEPUTY *Bernal*
BROWN COUNTY CLERK

CERTIFIED TRUE AND CORRECT COPY CERTIFICATE
STATE OF TEXAS
COUNTY OF BROWN

The above and foregoing is a full, true and correct photographic copy of the original record now in my lawful custody and possession, as the same is filed/recorded in the public records of my office.

pg 2 of 2

I hereby certified on 21st Feb. 2019

SHARON FERGUSON, COUNTY CLERK
BROWN COUNTY, TEXAS

BY *Yolanda Bernal* DEPUTY
*Yolanda Bernal*

Duntov 000025

2

# TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

**120671391**

TxDMV

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 194678S422741 | 1968 | CHEV | 2D |

| TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 02500042045132119 | 02/19/2015 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
|  |  | 2800 | TONLY02 |

PREVIOUS OWNER: MARLIN R SCOTT

ODOMETER READING: EXEMPT

OWNER:
OMER J HANNA
198 STARR LANE
BROWNWOOD, TX 76801

REMARK(S)

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER | 1ST LIEN RELEASED | 5-9-18 |
|---|---|---|---|
| 01/21/2015 | TEXAS BANK<br>PO BOX 1429<br>400 FISK AVENUE<br>BROWNWOOD, TX 76804-1429 | BY _Jmly V.P._ AUTHORIZED AGENT | DATE |

| DATE OF LIEN | 2ND LIENHOLDER | 2ND LIEN RELEASED | DATE |
|---|---|---|---|
|  |  | BY AUTHORIZED AGENT |  |

| DATE OF LIEN | 3RD LIENHOLDER | 3RD LIEN RELEASED | DATE |
|---|---|---|---|
|  |  | BY AUTHORIZED AGENT |  |

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE
SIGNATURE _____ DATE
SIGNATURE _____ DATE

FORM 30-C REV. 04/2012    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Duntov 000026

Exhibit "D"