FILED
DALLAS COUNTY
1/31/2020 10:04 AM
FELICIA PITRE
DISTRICT CLERK

Rashad Smith

## AFFIDAVIT OF SERVICE

State of Texas      County of Dallas      14th Judicial District Court

Case Number: DC-20-01121

Plaintiff:
**ALAN SEVADJIAN**

vs.

Defendant:
**TEXAS DEPARTMENT OF MOTOR VEHICLES**

For:
Matthew S. Hahn
900 Jackson St
Suite 180
Dallas, TX 75202

Received by On Time Process Service on the 29th day of January, 2020 at 1:40 pm to be served on **Texas Deparment Of Motor Vehicles c/o Rob Blech, Associate General Counsel, 4000 Jackson Ave, Austin, TX 78731**.

I, Pat Young, being duly sworn, depose and say that on the **30th day of January, 2020** at **10:50 am**, I:

Executed service by hand delivering a true copy of the **Citation, Copy of Plaintiff's Original Petition**, to: **Jennifer Whittaker personally** as **Authorized Person** at the address of: **4000 Jackson Ave, Austin, TX 78731**, who is authorized to accept service for **Texas Deparment Of Motor Vehicles**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 30th day of January, 2020 by the affiant who is personally known to me.

_Ann McCracken_
NOTARY PUBLIC

Pat Young
PSC-5863  Exp-9/30/2020

On Time Process Service
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999

Our Job Serial Number: ONT-2020000486
Ref: 20-003

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g


EXHIBIT D


Duntov 000029

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To: TEXAS DEPARTMENT OF MOTOR VEHICLES
BY SERVING MR ROB BLECH ASSOCIATE GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL
4000 JACKSON AVE
AUSTIN TX 78731

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ALAN SEVADJIAN**

Filed in said Court **21st day of January, 2020** against

**TEXAS DEPARTMENT OF MOTOR VEHICLES**

For Suit, said suit being numbered **DC-20-01121,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 28th day of January, 2020.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
CARLENIA BOULIGNY



---

**ESERVE**

**CITATION**

DC-20-01121

ALAN SEVADJIAN
Vs.
TEXAS DEPARTMENT OF MOTOR VEHICLES

ISSUED THIS
28th day of January, 2020

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
MATTHEW S. HAHN
HAHN LAW FIRM PC
900 JACKSON STREET
SUITE 180
DALLAS TX 75202
214-744-3200
dhahn@hahnlawfirm.com

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

Duntov 000030

## OFFICER'S RETURN

Case No. : DC-20-01121

Court No.14th District Court

Style: ALAN SEVADJIAN

Vs.

TEXAS DEPARTMENT OF MOTOR VEHICLES

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____ .M. Executed at _____, within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____, 20_____, by delivering to the within named _____

Each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

|   |   |   |   |
|---|---|---|---|
| For serving Citation | $_____ | **AFFIDAVIT** | |
| For mileage | $_____ | of _____ County, | _____ |
| For Notary | $_____ | **ATTACHED** | |
|   |   | by _____ | Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

**Duntov 000031**