FILED
3/16/2020 2:21 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Loaidi Grove DEPUTY

CAUSE NO. <u>DC-20-01121</u>

| | | |
|---|---|---|
| ALAN SEVADJIAN,<br>*Plaintiff* | § § § § § | IN THE DISTRICT COURT |
| VS. | § § § § | 14TH JUDICIAL DISTRICT |
| TEXAS DEPARTMENT OF<br>MOTOR VEHICLES,<br>*Defendant* | § § § § | DALLAS COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

Defendant Texas Department of Motor Vehicles ("TxDMV") files this Original Answer to plaintiff's Petition Appealing Denial of Application for Issuance of Title.

### I. GENERAL DENIAL

1. Pursuant to Texas Rule of Civil Procedure 92, defendant generally denies the allegations in Plaintiff's Petition Appealing Denial of Application for Issuance of Title and demands strict proof of any allegation or claim made therein, along with all statutory prerequisites to plaintiff's cause.

### PRAYER

2. Defendant asks that the Court deny all relief requested by Plaintiff.


EXHIBIT F

Duntov 000033

Respectfully submitted,

/s/ *Mayson Pearson*
Mayson Pearson
State Bar No. 24077193
Mayson.Pearson@txdmv.gov

Associate General Counsel
Office of General Counsel
Texas Department of Motor Vehicles
4000 Jackson Avenue
Austin, Texas 78731
Telephone: (512) 465-1422
Facsimile: (512) 465-5638

**Duntov 000034**

## Certificate of Service

      I, the undersigned, certify that on this the 16th day of March, 2020, the foregoing was sent to the parties listed below via electronic submission.

Matthew S. Hahn
HAHN LAW FIRM, PC
900 Jackson Street, Suite 180
Dallas, Texas 75202
Telephone: (214) 744-3200
Facsimile: (214) 744-3202
Email: mhahn@hahnlawfirm.com
Attorney for Petitioner

                                                /s/ *Victoria Puentes*
                                                Victoria Puentes
                                                Paralegal
                                                Office of General Counsel
                                                Texas Department of Motor Vehicles

**Duntov 000035**