FILED
4/14/2020 11:15 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
CAROLYN SELLERS DEPUTY

CAUSE NO. DC-20-01121

| | | |
|---|---|---|
| ALAN SEVADJIAN, | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| TEXAS DEPARTMENT OF MOTOR VEHICLES, | § § § | |
| Defendant. | § | 14th JUDICIAL DISTRICT |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on Franck Radenne's Partially Opposed Motion to Transfer and Consolidate will occur **Monday, April 20, 2020 at 10:30 a.m.**, in the 14th Judicial District Court before the Honorable Eric Moyé.

Dated:  April 14, 2020

Respectfully submitted,

*/s/ Darla J. Gabbitas*
Darla J. Gabbitas
State Bar No. 24089458
darla.gabbitas@wickphillips.com
Daniella G. Heringer
State Bar No. 24103460
daniella.heringer@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile:  (214) 692-6255

**ATTORNEYS FOR FRANCK RADENNE**


EXHIBIT L

Duntov 000073

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record in accordance with the Texas Rules of Civil Procedure on April 14, 2020.

/s/ *Darla J. Gabbitas*
Darla J. Gabbitas

**Duntov 000074**