FILED
8/4/2020 11:47 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Martin Reyes DEPUTY
Martin Reyes

```
 1                CAUSE NO. DC-20-01121

 2   ALAN SEVADJIAN,           §  14th JUDICIAL DISTRICT COURT
                               §
 3        Plaintiff,           §
                               §
 4   V.                        §
                               §
 5   TEXAS DEPARTMENT OF       §
     MOTOR                     §
 6   VEHICLES,                 §
                               §
 7        Defendant.           §
                               §    OF THE STATE OF TEXAS
 8   CONSOLIDATED WITH         §
                               §
 9   FRANCK RADENNE,           §
                               §
10        Plaintiff,           §
                               §
11   V.                        §
                               §
12   Duntov Motor COMPANY,     §
     LLC, ALAN SEVADJIAN,      §
13   AND EDWARD SEVADJIAN,     §
                               §
14        Defendants.          §         IN DALLAS COUNTY

15

16

17
     ************************************************************
18
             ORAL AND VIDEOTAPED DEPOSITION OF
19
                     ALAN SEVADJIAN
20
           Tuesday, 16th day of June, 2020
21
     ************************************************************
22

23

24

25   Job No: 180604
```

**EXHIBIT S**

Duntov 000099

TSG Reporting - Worldwide    877-702-9580

Page 263

```
 1                    CAUSE NO. DC-20-01121

 2   ALAN SEVADJIAN,              §    14th JUDICIAL DISTRICT COURT
                                  §
 3        Plaintiff,              §
                                  §
 4   V.                           §
                                  §
 5   TEXAS DEPARTMENT OF          §
     MOTOR                        §
 6   VEHICLES,                    §
                                  §
 7        Defendant.              §
                                  §        OF THE STATE OF TEXAS
 8   CONSOLIDATED WITH            §
                                  §
 9   FRANCK RADENNE,              §
                                  §
10        Plaintiff,              §
                                  §
11   V.                           §
                                  §
12   Duntov Motor COMPANY,        §
     LLC, ALAN SEVADJIAN,         §
13   AND EDWARD SEVADJIAN,        §
                                  §
14        Defendants.             §        IN DALLAS COUNTY
```

15

16              REPORTER'S CERTIFICATION

17            DEPOSITION OF ALAN SEVADJIAN

18                  (Reported Remotely)

19              16th day of June, 2020

20          I, Daniel J. Skur, Certified Shorthand

21  Reporter in and for the State of Texas, hereby certify

22  to the following:

23          That the witness, ALAN SEVADJIAN, was duly

24  sworn by the officer and that the transcript of the oral

25  deposition is a true record of the testimony given by

**Duntov 000100**

1  the witness;

2            That the deposition transcript was submitted

3  on June 27th, 2020 to the witness or to the

4  attorney for the witness for examination, signature, and

5  return to me in 20 days, pursuant to Rule 203.1(b);

6            That the amount of time used by each party at

7  the deposition is as follows:

8       Darla J. Gabbitas, Esq. - 5:49

9       Matthew Hahn, Esq. - 0:00

10           That pursuant to information given to the

11  deposition officer at the time said testimony was taken,

12  the following includes counsel for all parties of

13  record:

14  FOR THE PLAINTIFF FRANCK RADENNE:
        Darla Gabbitas, Esq.
15      Daniella Heringer, Esq.
        Wick Phillips
16

17
    FOR THE DEFENDANTS Duntov Motor COMPANY, LLC, ALAN
18  SEVADJIAN, and EDWARD SEVADJIAN:
        Matthew Hahn, Esq.
19      Corey Herrick
        Hahn Law Firm
20

21
    THE DEFENDANT JOHN COOLEY:
22      Anthony Petrocchi, Esq.
        Anthony A. Petrocchi
23

24

25           I further certify that I am neither counsel

Duntov 000101

Page 265

1  for, related to, nor employed by any of the parties or
2  attorneys in the action in which this proceeding was
3  taken, and, further, that I am not financially or
4  otherwise interested in the outcome of the action.
5           Further certification requirements pursuant
6  to Rule 203 of TRCP will be certified to after they have
7  occurred.
8           Certified to by me this 27th day of June,
9  2020.
10
11
12  _____
    Daniel J. Skur
    Certification No. 2433
13  Expiration Date 12-31-21
    Firm No. 615
14  TSG Reporting, Inc.
    747 3rd Avenue, Floor 10
15  New York, New York 10017
    (877) 702-9580
16
17
18
19
20
21
22
23
24
25

**Duntov 000102**

1        FURTHER CERTIFICATION UNDER RULE 203 TRCP

2              The original deposition was not returned

3  to the deposition officer on July 17, 2020;

4              If returned, the attached Changes and

5  Signature page contains any changes and the reasons

6  therefor;

7              If returned, the original deposition was

8  delivered to Darla J. Gabbitas, Esq., Custodial

9  Attorney;

10             That $ 1,197.00 is the deposition officer's

11 charges to the Plaintiff for preparing the original

12 deposition transcript and any copies of exhibits;

13             That the deposition was delivered in

14 accordance with Rule 203.3, and that a copy of this

15 certificate was served on all parties shown herein

16 on 6/27/2020 and filed with the Clerk.

17             Certified to by me this 17th day of

18 July, 2020.

19

20         [signature]

21        _____
          Daniel J. Skur
22        Certification No. 2433
          Expiration Date 12-31-21
23        Firm No. 615
          TSG Reporting, Inc.
24        747 3rd Avenue, Floor 10
          New York, New York 10017
25        (877) 702-9580

Duntov 000103

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 45102365
Status as of 08/05/2020 08:04:24 AM -05:00

Associated Case Party: JOHNFRANKLINCOOLEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Anthony A.Petrocchi | | tpetrocchi@petrocchilaw.net | 8/4/2020 11:47:48 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Barb Morgan | | barb.morgan@wickphillips.com | 8/4/2020 11:47:48 PM | SENT |
| Matthew Hahn | 24104522 | mhahn@hahnlawfirm.com | 8/4/2020 11:47:48 PM | SENT |
| Darla J.Gabbitas | | darla.gabbitas@wickphillips.com | 8/4/2020 11:47:48 PM | SENT |
| Daniella Heringer | | daniella.heringer@wickphillips.com | 8/4/2020 11:47:48 PM | SENT |
| Chris Hahn | | chahn@hahnlawfirm.com | 8/4/2020 11:47:48 PM | SENT |
| Mayson Pearson | | Mayson.Pearson@txdmv.gov | 8/4/2020 11:47:48 PM | SENT |