Case 21-04030-mxm Doc 4-22 Filed 05/18/21 Entered 05/18/21 14:31:02 Page 1 of 3

FILED
8/13/2020 4:45 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Debra Clark DEPUTY

CAUSE NO. DC-20-01121

| | | |
|---|---|---|
| ALAN SEVADJIAN, | § | 14th JUDICIAL DISTRICT COURT |
| Plaintiff, | § | |
| v. | § | |
| TEXAS DEPARTMENT OF MOTOR VEHICLES, | § | |
| Defendant. | § | |
| *CONSOLIDATED WITH* | § | OF THE STATE OF TEXAS |
| FRANCK RADENNE, | § | |
| Plaintiff, | § | |
| v. | § | |
| DUNTOV MOTOR COMPANY, LLC, ALAN SEVADJIAN, AND EDWARD SEVADJIAN, | § | |
| Defendants. | § | IN DALLAS COUNTY |

## MOTION TO APPOINT MEDIATOR

Plaintiff in the consolidated matter, Franck Radenne ("Plaintiff"), requests the Court to enter an Order appointing a mediator for this matter.

The Court ordered the Parties to select a mediator; however, the Parties have been unable to agree on that mediator. Therefore, Plaintiff respectfully requests that the Court appoint a mediator.

WHEREFORE, Plaintiff in the consolidated matter, Franck Radenne, respectfully requests that this Court grant the foregoing motion and enter an order appointing a mediator in this matter.



Duntov 000125

Dated: August 13, 2020

Respectfully submitted,

*/s/ Darla J. Gabbitas*
Darla J. Gabbitas
Texas State Bar No. 24089458
darla.gabbitas@wickphillips.com
Daniella G. Heringer
State Bar No. 24103460
daniella.heringer@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
214-692-6200
214-692-6255 (fax)

**ATTORNEYS FOR FRANCK RADENNE**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served on all counsel of record in accordance with the Texas Rules of Civil Procedure on August 13, 2020.

*/s/ Darla J. Gabbitas*
Darla J. Gabbitas

**Duntov 000126**

MOTION TO APPOINT MEDIATOR    2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Keanna Wiggins on behalf of Darla Gabbitas
Bar No. 24089458
keanna.wiggins@wickphillips.com
Envelope ID: 45372738
Status as of 08/14/2020 09:54:20 AM -05:00

Associated Case Party: JOHNFRANKLINCOOLEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Anthony A.Petrocchi | | tpetrocchi@petrocchilaw.net | 8/13/2020 4:45:49 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Barb Morgan | | barb.morgan@wickphillips.com | 8/13/2020 4:45:49 PM | SENT |
| Matthew Hahn | 24104522 | mhahn@hahnlawfirm.com | 8/13/2020 4:45:49 PM | SENT |
| Darla J.Gabbitas | | darla.gabbitas@wickphillips.com | 8/13/2020 4:45:49 PM | SENT |
| Daniella Heringer | | daniella.heringer@wickphillips.com | 8/13/2020 4:45:49 PM | SENT |
| Chris Hahn | | chahn@hahnlawfirm.com | 8/13/2020 4:45:49 PM | SENT |
| Mayson Pearson | | Mayson.Pearson@txdmv.gov | 8/13/2020 4:45:49 PM | SENT |