FILED
10/23/2020 7:16 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Loaidi Grove DEPUTY

CAUSE NO. DC-20-01121

| | | |
|---|---|---|
| ALAN SEVADJIAN, | § | 14TH JUDICIAL DISTRICT COURT |
| Plaintiff, | § § § | |
| v. | § | |
| TEXAS DEPARTMENT OF MOTOR VEHICLES, | § § § | |
| Defendant. | § § | OF THE STATE OF TEXAS |
| *CONSOLIDATED WITH* | § § § | |
| FRANCK RADENNE, Plaintiff, | § § § | |
| v. | § § | |
| DUNTOV MOTOR COMPANY, LLC, ALAN SEVADJIAN, AND EDWARD SEVADJIAN, | § § § § | |
| Defendants. | § | IN DALLAS COUNTY |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

Plaintiff Franck Radenne ("Plaintiff" or "Radenne") files this Motion to Exceed Page Limit for attachments to his Motion for Summary Judgment and respectfully states as follows:

Plaintiff intends to move for traditional and no evidence summary judgment in a pleading filed contemporaneously herewith. Specifically, Radenne will move for traditional summary judgment on five issues. Plaintiff will also move for no evidence summary judgment on eighteen issues.

Pursuant to the Dallas County General Order dated April 6, 2020, Plaintiff's Traditional and No Evidence Motion for Partial Summary Judgment ("MSJ") satisfies the local rule and is limited to twenty-five pages. However, the Appendix in support of the MSJ containing Plaintiff's

summary judgment evidence, which is also limited by local rule to twenty-five pages, is fifty-seven (57) pages.

Plaintiff's MSJ involves complex arguments related to fraud, violations of the Texas Deceptive Trade Practices Act, and other similar claims. These arguments require the introduction of eight (8) emails, fourteen (14) pages excepted from the deposition of Defendant Alan Sevadijan, and other relevant evidence (collectively, the "Evidence"). The Evidence does not include extraneous pages or irrelevant information.[1]

Plaintiff's necessary Evidence exceeds the page limit set by the Dallas County General Order dated April 6, 2020 by thirty-two (32) pages for a total of fifty-seven (57) pages. Radenne requires additional pages for his appendix to adequately present the evidence supporting his MSJ to the Court.

For these reasons, Plaintiff respectfully requests that the Court grant this Motion to Exceed Page Limit and permit him to file an Appendix to his MSJ that contains an appendix up to fifty-seven (57) pages in length.

---

[1] A complete copy of the Evidence will be made available upon the Court's or opposing counsel's request.

**Duntov 000138**

Dated: October 23, 2020

Respectfully submitted,

/s/ Darla J. Gabbitas
Darla J. Gabbitas
State Bar No. 24089458
darla.gabbitas@wickphillips.com
Daniella G. Heringer
State Bar No. 24103460
daniella.heringer@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255

**ATTORNEYS FOR PLAINTIFF FRANCK RADENNE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record in accordance with the Texas Rules of Civil Procedure on October 23, 2020.

/s/ Darla J. Gabbitas
Darla J. Gabbitas

Duntov 000139

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniella Heringer on behalf of Daniella Heringer
Bar No. 24103460
daniella.heringer@wickphillips.com
Envelope ID: 47493815
Status as of 10/26/2020 2:03 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew Hahn | 24104522 | mhahn@hahnlawfirm.com | 10/23/2020 7:16:07 PM | SENT |
| Daniella Heringer | | daniella.heringer@wickphillips.com | 10/23/2020 7:16:07 PM | SENT |
| Chris Hahn | | chahn@hahnlawfirm.com | 10/23/2020 7:16:07 PM | SENT |
| Mayson Pearson | | Mayson.Pearson@txdmv.gov | 10/23/2020 7:16:07 PM | SENT |
| Barb Morgan | | barb.morgan@wickphillips.com | 10/23/2020 7:16:07 PM | SENT |
| Darla J.Gabbitas | | darla.gabbitas@wickphillips.com | 10/23/2020 7:16:07 PM | SENT |

Associated Case Party: JOHNFRANKLINCOOLEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Anthony A.Petrocchi | | tpetrocchi@petrocchilaw.net | 10/23/2020 7:16:07 PM | SENT |