IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DUNTOV MOTOR COMPANY LLC, | § | CASE NO. 21-40348-mxm11 |
| | § | (Chapter 11) |
| DEBTOR | § | |
| | § | |
| ALAN SEVADJIAN, et al, | § | ADV. NO. 21-04030-mxm |
|     Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | |
| DUNTOV MOTOR COMPANY, LLC, *et al*, | § | |
|     Defendants. | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Duntov Motor Company, LLC's *Motion for Leave to File Amended Complaint* [Docket No. 34] (the "Motion"), is scheduled to be heard on **February 24, 2022, at 1:30 p.m.** **via Webex** before the Honorable Mark X. Mullin, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas. The hearing will be held via WebEx Video Participation/Attendance, as follows:

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Meeting ID: 474 603 746

A copy of the Court's WebEx Hearing Instructions is also attached hereto.

Respectfully submitted,

*/s/ Hudson M. Jobe*_____
Hudson M. Jobe
State Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.
2001 Bryan St., Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)
hjobe@qslwm.com

ATTORNEYS FOR
DUNTOV MOTOR COMPANY, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of January 2022, a true and correct copy of the foregoing Notice was served on all counsel of record herein via the Court's ECF electronic notification system.

 */s/ Hudson M. Jobe*
Hudson M. Jobe

# WebEx Hearing Instructions
## Judge Mark X. Mullin

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Mark Mullin are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Meeting ID: 474 603 746

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are required to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings.** For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04:
https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated.**

- All WebEx hearing attendees are required to comply with Judge Mullin's Telephonic and Videoconference Hearing Policy (included within Judge Mullin's Judge-Specific Guidelines):
https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy

**Exhibit Requirements:**

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Mullin's hearing/calendar site:
https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates.

- When electronically filing the Notice of Hearing via CM/ECF select "**athttps://us-courts.webex.com/meet/mullin**" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Mullin's Fort Worth courtroom as the location for the hearing.