

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 28, 2022**


**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DUNTOV MOTOR COMPANY LLC, | § | CASE NO. 21-40348-mxm11 |
| | § | (Chapter 11) |
| DEBTOR | § | |
| | § | |
| ALAN SEVADJIAN, et al, | § | ADV. NO. 21-04030-mxm |
|     Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | |
| DUNTOV MOTOR COMPANY, LLC, et al, | § | |
|     Defendants. | § | |

## AMENDED SCHEDULING ORDER

1. Trial in this case shall be held on June 6, 2022 at 9 a.m. CST, and shall continue as necessary on June 7, 2022 at 9 a.m. CST.

2. Discovery must be completed by April 22, 2022. The names and addresses of experts must be exchanged by April 7, 2022.

3. The Court shall hold a pretrial conference on May 26, 2022 at 9 a.m. CST.

4. The following pretrial materials shall be filed or exchanged (as noted) by May 23, 2022:

    a. A Joint Pretrial Order in compliance with Local District Court Rule 16.4 shall be filed, served, and uploaded for Court entry. All counsel (or a pro se party) are responsible for preparing the Joint Pretrial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney (or pro se party).;

    b. Each exhibit shall be marked with an exhibit label. Except for impeachment documents, all exhibits, along with a list of witnesses to be called, shall be exchanged with opposing counsel (or pro se party). Each party shall also file a list of exhibits and witnesses. All exhibits not objected to in writing in advance of trial shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up either at the beginning or during the course of the actual trial or at any pretrial conference.

    c. Written Proposed Findings of Fact and Conclusions of Law shall be filed. Trial briefs shall be filed addressing contested issues of law in advance of the trial date.

5. All parties and counsel must certify to full compliance with this Order at trial. If a resetting is allowed by the Court, the plaintiff or plaintiff's attorney shall notify all other parties and shall file with the Clerk a certificate of service indicating the manner, date, and to whom notice was given.

6. If the case is reset, all the deadlines above will be shifted to the newly scheduled trial date in the absence of a contrary Court order.

7. Sanctions may be imposed for failure to comply with this Order.

# # # END OF ORDER # # #

AGREED:

*/s/ Hudson M. Jobe*
Hudson M. Jobe
State Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.

2001 Bryan St., Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)
Email: hjobe@qslwm.com
ATTORNEYS FOR
DUNTOV MOTOR COMPANY, LLC


*/s/ Mark A. Castillo*
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
Braxton B. Markle
Texas State Bar No. 24126022
**CURTIS | CASTILLO PC**
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curitslaw.net
Email: rrowe@curtislaw.net
Email: bmarkle@curtislaw.net
COUNSEL FOR FRANCK RADENNE


*/s/ Derrick Hahn*
Derrick J. Hahn
State Bar No. 24026920
Email: dhahn@hahnlawrm.com
Corey R. Herrick
State Bar No. 24059940
Email: crherrick@hahnlawrrn.corn
Matthew S. Hahn
State Bar No. 24104522
Email: rnhahn@hahnlawrm.com
HAHN LAWFIRM, P.C.
900 Jackson Street; Suite 180
Dallas, TX 75202
(214) 744-3200 - Telephone
(214) 744-3202 - Fax
ATTORNEYS FOR DUNTOV MOTOR COMPANY, LLC
AND ALAN AND EDWARD SEVADJIAN

*/s/ Anthony A. Petrocchi*
Anthony A. Petrocchi
Texas Bar No. 15851700
Email: tpetrocchi@petrocchilaw.net
ANTHONY A. PETROCCHI, P.C.
5127 Spyglass Drive
Dallas, Texas 75287
(214) 797-2049 - Telephone
ATTORNEYS FOR
JOHN FRANKLIN COOLEY, JR.